**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| INTERNATIONAL REFUGEE ASSISTANCE PROJECT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Civil Action No. TDC-17-0361 |
| IRANIAN ALLIANCES ACROSS BORDERS, UNIVERSITY OF MARYLAND COLLEGE PARK CHAPTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Civil Action No. TDC-17-2921 |
| EBLAL ZAKZOK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Civil Action No. TDC-17-2969 |

**NOTICE**

The hearing on the Motions for Preliminary Injunction is RESCHEDULED for **October 16, 2017** at **2:00 p.m.** at the United States Courthouse located at 6500 Cherrywood Lane in

Greenbelt, Maryland. The specific courtroom for the hearing will be available the week of the proceeding on the Court's website.

Date:  October 10, 2017                              /s/
                                                      THEODORE D. CHUANG
                                                      United States District Judge