**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| IRANIAN ALLIANCES ACROSS BORDERS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 8:17-cv-02921-TDC |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |
| EBLAL ZAKZOK, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 1:17-cv-02969-TDC |
| DONALD TRUMP, in his official capacity as President of the United States, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF PRELIMINARY-INJUNCTION APPEALS

Defendants hereby move for a stay of all district court proceedings in the above-captioned matters, pending final resolution of the preliminary-injunction appeals before the United States Court of Appeals for the Fourth Circuit and/or the Supreme Court. This motion is supported by the accompanying memorandum of law. A proposed order is also attached.

Dated: January 19, 2018        Respectfully submitted,

                               CHAD A. READLER
                               Acting Assistant Attorney General

HASHIM M. MOOPPAN
Deputy Assistant Attorney General

STEPHEN M. SCHENNING
Acting United States Attorney

JENNIFER D. RICKETTS
Director, Federal Programs Branch

JOHN R. TYLER
Assistant Director, Federal Programs Branch

*/s/  Daniel Schwei*
DANIEL SCHWEI (Bar No. 96100)
MICHELLE R. BENNETT (Bar No. 806456)
KEVIN SNELL
JOSEPH C. DUGAN
Senior Trial Counsel / Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington DC 20530
Tel: (202) 305-8693
Fax: (202) 616-8470
E-mail: daniel.s.schwei@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on January 19, 2018, a copy of the foregoing document and its attachments was served on counsel for plaintiffs in the above-captioned matters via CM/ECF, and was served on counsel for plaintiffs in *International Refugee Assistance Project v. Trump*, No. 17-cv-361-TDC (D. Md.), via e-mail.

                                                */s/ Daniel Schwei*
                                                Daniel Schwei
                                                Bar No. 96100