**Schwei, Daniel S. (CIV)**

| | |
|---|---|
| **From:** | Mosier, Mark <mmosier@cov.com> |
| **Sent:** | Thursday, January 18, 2018 2:59 PM |
| **To:** | Omar Jadwat; Herzog, Steven C; Schwei, Daniel S. (CIV); David Rocah; Debbie Jeon; cox@nilc.org; Nick Steiner; Sonia Kumar; Cecillia Wang; Cody Wofsy; Daniel Mach; David Cole; David Hausman; sung@nilc.org; Heather Weaver; hshami@aclu.org; Hugh Handeyside; tumlin@nilc.org; kmeyer@refugeerights.org; Lee Gelernt; levarts@refugeerights.org; mhirose@refugeerights.org; keaney@nilc.org; espiritu@nilc.org; Sarah Mehta; Spencer Amdur; Lynch, Mark; sirine@muslimadvocates.org; nellis@au.org; rothschild@au.org; johnathan@muslimadvocates.org; Tilak, Karun; Cahoy, Kathryn; katskee@au.org; Kies, Marianne; Sorrenti, John; Arvelo, Jose; rvantassell@gmail.com; Davidow, Charles E; Atkins, Robert A; michael.price@nyu.edu; Velazquez, Liza; lmasri@cair.com; jethro19@gmail.com; gabbas@cair.com; patelf@brennan.law.nyu.edu; Ehrlich, Andrew J |
| **Cc:** | Bennett, Michelle (CIV) |
| **Subject:** | RE: IRAP-IAAB-Zakzok Consolidation |

The IAAB plaintiffs also take the same position.

Mark

---

**From:** Omar Jadwat [mailto:OJadwat@aclu.org]
**Sent:** Thursday, January 18, 2018 2:54 PM
**To:** Herzog, Steven C <sherzog@paulweiss.com>; Schwei, Daniel S. (CIV) <Daniel.S.Schwei@usdoj.gov>; David Rocah <rocah@aclu-md.org>; Debbie Jeon <jeon@aclu-md.org>; cox@nilc.org; Nick Steiner <Steiner@aclu-md.org>; Sonia Kumar <kumar@aclu-md.org>; Cecillia Wang <Cwang@aclu.org>; Cody Wofsy <cwofsy@aclu.org>; Daniel Mach <dmach@aclu.org>; David Cole <dcole@aclu.org>; David Hausman <dhausman@aclu.org>; sung@nilc.org; Heather Weaver <hweaver@aclu.org>; hshami@aclu.org; Hugh Handeyside <hhandeyside@aclu.org>; tumlin@nilc.org; kmeyer@refugeerights.org; Lee Gelernt <LGELERNT@aclu.org>; levarts@refugeerights.org; mhirose@refugeerights.org; keaney@nilc.org; espiritu@nilc.org; Sarah Mehta <smehta@aclu.org>; Spencer Amdur <samdur@aclu.org>; Lynch, Mark <mlynch@cov.com>; sirine@muslimadvocates.org; nellis@au.org; rothschild@au.org; johnathan@muslimadvocates.org; Tilak, Karun <KTilak@cov.com>; Cahoy, Kathryn <kcahoy@cov.com>; katskee@au.org; Kies, Marianne <MKies@cov.com>; Sorrenti, John <JSorrenti@cov.com>; Arvelo, Jose <jarvelo@cov.com>; Mosier, Mark <mmosier@cov.com>; rvantassell@gmail.com; Davidow, Charles E <cdavidow@paulweiss.com>; Atkins, Robert A <ratkins@paulweiss.com>; michael.price@nyu.edu; Velazquez, Liza <lvelazquez@paulweiss.com>; lmasri@cair.com; jethro19@gmail.com; gabbas@cair.com; patelf@brennan.law.nyu.edu; Ehrlich, Andrew J <aehrlich@paulweiss.com>
**Cc:** Bennett, Michelle (CIV) <Michelle.Bennett@usdoj.gov>
**Subject:** RE: IRAP-IAAB-Zakzok Consolidation

The IRAP plaintiffs take the same position.

O

---

**From:** Herzog, Steven C [mailto:sherzog@paulweiss.com]
**Sent:** Thursday, January 18, 2018 2:46 PM
**To:** Schwei, Daniel S. (CIV); Omar Jadwat; David Rocah; Debbie Jeon; cox@nilc.org; Nick Steiner; Sonia Kumar; Cecillia Wang; Cody Wofsy; Daniel Mach; David Cole; David Hausman; sung@nilc.org; Heather Weaver; hshami@aclu.org; Hugh

Handeyside; tumlin@nilc.org; kmeyer@refugeerights.org; Lee Gelernt; levarts@refugeerights.org; mhirose@refugeerights.org; keaney@nilc.org; espiritu@nilc.org; Sarah Mehta; Spencer Amdur; mlynch@cov.com; sirine@muslimadvocates.org; nellis@au.org; rothschild@au.org; johnathan@muslimadvocates.org; ktilak@cov.com; kcahoy@cov.com; katskee@au.org; mkies@cov.com; jsorrenti@cov.com; jarvelo@cov.com; mmosier@cov.com; rvantassell@gmail.com; Davidow, Charles E; Atkins, Robert A; michael.price@nyu.edu; Velazquez, Liza; lmasri@cair.com; jethro19@gmail.com; gabbas@cair.com; patelf@brennan.law.nyu.edu; Ehrlich, Andrew J
**Cc:** Bennett, Michelle (CIV)
**Subject:** RE: IRAP-IAAB-Zakzok Consolidation

Daniel:

The Zakzok plaintiffs' position is that consolidation is not appropriate given the current status of the case, and that it is not appropriate for us to decide now whether consolidation might be appropriate if circumstances change. Rather, we believe we should consider that issue at the time consolidation is being proposed, in light of all the circumstances existing at that time.

Very truly yours,

Steven Herzog


Steven C. Herzog | Counsel
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3317 (Direct Phone) | +1 212 492 0317 (Direct Fax)
sherzog@paulweiss.com | www.paulweiss.com

---

**From:** Schwei, Daniel S. (CIV) <Daniel.S.Schwei@usdoj.gov>
**Date:** Tuesday, Jan 16, 2018, 12:17 PM
**To:** Omar Jadwat <OJadwat@aclu.org>, Herzog, Steven C <sherzog@paulweiss.com>, David Rocah <rocah@aclu-md.org>, Debbie Jeon <jeon@aclu-md.org>, cox@nilc.org <cox@nilc.org>, Nick Steiner <Steiner@aclu-md.org>, Sonia Kumar <kumar@aclu-md.org>, Cecillia Wang <Cwang@aclu.org>, Cody Wofsy <cwofsy@aclu.org>, Daniel Mach <dmach@aclu.org>, David Cole <dcole@aclu.org>, David Hausman <dhausman@aclu.org>, sung@nilc.org <sung@nilc.org>, Heather Weaver <hweaver@aclu.org>, hshami@aclu.org <hshami@aclu.org>, Hugh Handeyside <hhandeyside@aclu.org>, tumlin@nilc.org <tumlin@nilc.org>, kmeyer@refugeerights.org <kmeyer@refugeerights.org>, Lee Gelernt <LGELERNT@aclu.org>, levarts@refugeerights.org <levarts@refugeerights.org>, mhirose@refugeerights.org <mhirose@refugeerights.org>, keaney@nilc.org <keaney@nilc.org>, espiritu@nilc.org <espiritu@nilc.org>, Sarah Mehta <smehta@aclu.org>, Spencer Amdur <samdur@aclu.org>, mlynch@cov.com <mlynch@cov.com>, sirine@muslimadvocates.org <sirine@muslimadvocates.org>, nellis@au.org <nellis@au.org>, rothschild@au.org <rothschild@au.org>, johnathan@muslimadvocates.org <johnathan@muslimadvocates.org>, ktilak@cov.com <ktilak@cov.com>, kcahoy@cov.com <kcahoy@cov.com>, katskee@au.org <katskee@au.org>, mkies@cov.com <mkies@cov.com>, jsorrenti@cov.com <jsorrenti@cov.com>, jarvelo@cov.com <jarvelo@cov.com>, mmosier@cov.com <mmosier@cov.com>, rvantassell@gmail.com <rvantassell@gmail.com>, Davidow, Charles E <cdavidow@paulweiss.com>, Atkins, Robert A <ratkins@paulweiss.com>, michael.price@nyu.edu <michael.price@nyu.edu>, Velazquez, Liza <lvelazquez@paulweiss.com>, lmasri@cair.com <lmasri@cair.com>, jethro19@gmail.com <jethro19@gmail.com>, gabbas@cair.com <gabbas@cair.com>, patelf@brennan.law.nyu.edu <patelf@brennan.law.nyu.edu>, Ehrlich, Andrew J <aehrlich@paulweiss.com>
**Cc:** Bennett, Michelle (CIV) <Michelle.Bennett@usdoj.gov>
**Subject:** RE: IRAP-IAAB-Zakzok Consolidation

Dear Counsel:

Thanks for your prompt responses.  To clarify my initial question, the Government is not proposing consolidation of the cases in a way that would interfere with the ongoing briefing of the motion to stay in *IAAB* and *Zakzok*.  We agree that briefing of that motion should occur as scheduled.

Instead, we are proposing that in the event the cases move forward—*i.e.*, in the event the Court does not grant the Government's motion to stay—that the cases be formally consolidated, to avoid the significant burdens associated with forcing the Government to undergo discovery in three separate actions by three separate groups of plaintiffs.

Can you please let me know whether this clarification changes your position on the consolidation question?  Consistent with the conference call with the Court on January 5, we think Judge Chuang would appreciate knowing the parties' positions on this question before deciding the motion to stay.

Thanks very much,
Daniel

---

**From:** Omar Jadwat [mailto:OJadwat@aclu.org]
**Sent:** Tuesday, January 16, 2018 10:12 AM
**To:** Herzog, Steven C <sherzog@paulweiss.com>; Schwei, Daniel S. (CIV) <DSchwei@civ.usdoj.gov>; David Rocah <rocah@aclu-md.org>; Debbie Jeon <jeon@aclu-md.org>; cox@nilc.org; Nick Steiner <Steiner@aclu-md.org>; Sonia Kumar <kumar@aclu-md.org>; Cecillia Wang <Cwang@aclu.org>; Cody Wofsy <cwofsy@aclu.org>; Daniel Mach <dmach@aclu.org>; David Cole <dcole@aclu.org>; David Hausman <dhausman@aclu.org>; sung@nilc.org; Heather Weaver <hweaver@aclu.org>; hshami@aclu.org; Hugh Handeyside <hhandeyside@aclu.org>; tumlin@nilc.org; kmeyer@refugeerights.org; Lee Gelernt <LGELERNT@aclu.org>; levarts@refugeerights.org; mhirose@refugeerights.org; keaney@nilc.org; espiritu@nilc.org; Sarah Mehta <smehta@aclu.org>; Spencer Amdur <samdur@aclu.org>; mlynch@cov.com; sirine@muslimadvocates.org; nellis@au.org; rothschild@au.org; johnathan@muslimadvocates.org; ktilak@cov.com; kcahoy@cov.com; katskee@au.org; mkies@cov.com; jsorrenti@cov.com; jarvelo@cov.com; mmosier@cov.com; rvantassell@gmail.com; Davidow, Charles E <cdavidow@paulweiss.com>; Atkins, Robert A <ratkins@paulweiss.com>; michael.price@nyu.edu; Velazquez, Liza <lvelazquez@paulweiss.com>; lmasri@cair.com; jethro19@gmail.com; gabbas@cair.com; patelf@brennan.law.nyu.edu; Ehrlich, Andrew J <aehrlich@paulweiss.com>
**Cc:** Bennett, Michelle (CIV) <MBennett@civ.usdoj.gov>
**Subject:** RE: IRAP-IAAB-Zakzok Consolidation

The IRAP plaintiffs also oppose consolidation at this point, for the same reasons; we're willing to discuss further if and when the cases are on the same procedural footing.

Best

Omar

Omar C. Jadwat
Director, ACLU Immigrants' Rights Project

---

**From:** Herzog, Steven C [mailto:sherzog@paulweiss.com]
**Sent:** Tuesday, January 16, 2018 9:56 AM
**To:** 'Schwei, Daniel S. (CIV)'; David Rocah; Debbie Jeon; cox@nilc.org; Nick Steiner; Sonia Kumar; Cecillia Wang; Cody Wofsy; Daniel Mach; David Cole; David Hausman; sung@nilc.org; Heather Weaver; hshami@aclu.org; Hugh Handeyside; tumlin@nilc.org; kmeyer@refugeerights.org; Lee Gelernt; levarts@refugeerights.org; mhirose@refugeerights.org; keaney@nilc.org; espiritu@nilc.org; Omar Jadwat; Sarah Mehta; Spencer Amdur; mlynch@cov.com; sirine@muslimadvocates.org; nellis@au.org; rothschild@au.org; johnathan@muslimadvocates.org; ktilak@cov.com; kcahoy@cov.com; katskee@au.org; mkies@cov.com; jsorrenti@cov.com; jarvelo@cov.com; mmosier@cov.com;

rvantassell@gmail.com; Davidow, Charles E; Atkins, Robert A; michael.price@nyu.edu; Velazquez, Liza; lmasri@cair.com; jethro19@gmail.com; gabbas@cair.com; patelf@brennan.law.nyu.edu; Ehrlich, Andrew J
**Cc:** Bennett, Michelle (CIV)
**Subject:** RE: IRAP-IAAB-Zakzok Consolidation

Daniel,

Like the IAAB plaintiffs, the Zakzok plaintiffs oppose formal consolidation at this point in the litigation. Consolidation would be particularly problematic now, as the case you propose be the lead case is stayed, while the plaintiffs in the IAAB and Zakzok cases are currently seeking to proceed with discovery. Thus, consolidation now would complicate, not simplify. In addition, the three plaintiffs' groups have already been working together in a way that minimizes the burden on the government; we have coordinated briefing and argument on motions, have agreed to limit the total page number of our combined briefs, and indeed have briefed issues and motions together where we have common interests. We believe that we have already been proceeding in a manner that limits the burden on the government, and fully expect that the plaintiffs will continue to prosecute these cases in a coordinated, efficient manner going forward.

Very truly yours,

Steven Herzog

**Steven C. Herzog** | Counsel
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3317 (Direct Phone) | +1 212 492 0317 (Direct Fax)
sherzog@paulweiss.com | www.paulweiss.com

---

**From:** Schwei, Daniel S. (CIV) [mailto:Daniel.S.Schwei@usdoj.gov]
**Sent:** Thursday, January 11, 2018 6:36 PM
**To:** rocah@aclu-md.org; jeon@aclu-md.org; cox@nilc.org; steiner@aclu-md.org; kumar@aclu-md.org; cwang@aclu.org; cwofsy@aclu.org; dmach@aclu.org; dcole@aclu.org; dhausman@aclu.org; sung@nilc.org; hweaver@aclu.org; hshami@aclu.org; hhandeyside@aclu.org; tumlin@nilc.org; kmeyer@refugeerights.org; lgelernt@aclu.org; levarts@refugeerights.org; mhirose@refugeerights.org; keaney@nilc.org; espiritu@nilc.org; ojadwat@aclu.org; smehta@aclu.org; samdur@aclu.org; mlynch@cov.com; sirine@muslimadvocates.org; nellis@au.org; rothschild@au.org; johnathan@muslimadvocates.org; ktilak@cov.com; kcahoy@cov.com; katskee@au.org; mkies@cov.com; jsorrenti@cov.com; jarvelo@cov.com; mmosier@cov.com; rvantassell@gmail.com; Davidow, Charles E <cdavidow@paulweiss.com>; Herzog, Steven C <sherzog@paulweiss.com>; Atkins, Robert A <ratkins@paulweiss.com>; michael.price@nyu.edu; Velazquez, Liza <lvelazquez@paulweiss.com>; lmasri@cair.com; jethro19@gmail.com; gabbas@cair.com; patelf@brennan.law.nyu.edu; Ehrlich, Andrew J <aehrlich@paulweiss.com>
**Cc:** Bennett, Michelle (CIV) <Michelle.Bennett@usdoj.gov>
**Subject:** IRAP-IAAB-Zakzok Consolidation

Dear Counsel:

As discussed during the telephone conference with Judge Chuang last week, I am writing to seek your position on formally consolidating the three cases currently pending in the District of Maryland challenging the Proclamation: *International Refugee Assistance Project (IRAP) v. Trump*, No. 17-cv-361 (D. Md.); *Iranian Alliances Across Borders (IAAB) v. Trump*, No. 17-cv-2921 (D. Md.); and *Zakzok v. Trump*, No. 17-cv-2969 (D. Md.).

In the Government's view, these cases should be formally consolidated in district court, with *IRAP* designated as the lead case, consistent with the Fourth Circuit's consolidation order. All three cases challenge the same policy, and present overlapping legal issues. As a practical matter, the cases have largely been treated as consolidated already, with all parties participating in all proceedings, and the Government filing combined

4

responses. In the event that this case moves forward, however, we think it is important to formally consolidate the cases in an effort to decrease, to the extent possible, the burdens on the Government. That is particularly true with respect to potential discovery, where it would be highly inefficient (if not infeasible) to allow three parties, in three separate actions, to simultaneously pursue discovery against the Government regarding the same challenged policy.

Consistent with Judge Chuang's direction that the parties should meet-and-confer regarding this issue, please let me know each set of plaintiffs' position on whether you agree to formally consolidate the cases with *IRAP* as the lead case. I would appreciate a response by Tuesday, January 16, to allow time for further discussions between the parties if necessary.

Thanks very much,
Daniel

**Daniel Schwei**
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW, Room 7340
Washington, DC 20530
Tel:  202-305-8693
Fax: 202-616-8470

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.

## Schwei, Daniel S. (CIV)

| | |
|---|---|
| **From:** | Mosier, Mark <mmosier@cov.com> |
| **Sent:** | Friday, January 12, 2018 4:02 PM |
| **To:** | Schwei, Daniel S. (CIV); rocah@aclu-md.org; jeon@aclu-md.org; cox@nilc.org; steiner@aclu-md.org; kumar@aclu-md.org; cwang@aclu.org; cwofsy@aclu.org; dmach@aclu.org; dcole@aclu.org; dhausman@aclu.org; sung@nilc.org; hweaver@aclu.org; hshami@aclu.org; hhandeyside@aclu.org; tumlin@nilc.org; kmeyer@refugeerights.org; lgelernt@aclu.org; levarts@refugeerights.org; mhirose@refugeerights.org; keaney@nilc.org; espiritu@nilc.org; ojadwat@aclu.org; smehta@aclu.org; samdur@aclu.org; Lynch, Mark; sirine@muslimadvocates.org; nellis@au.org; rothschild@au.org; johnathan@muslimadvocates.org; Tilak, Karun; Cahoy, Kathryn; katskee@au.org; Kies, Marianne; Sorrenti, John; Arvelo, Jose; rvantassell@gmail.com; cdavidow@paulweiss.com; sherzog@paulweiss.com; ratkins@paulweiss.com; michael.price@nyu.edu; lvelazquez@paulweiss.com; lmasri@cair.com; jethro19@gmail.com; gabbas@cair.com; patelf@brennan.law.nyu.edu; aehrlich@paulweiss.com |
| **Cc:** | Bennett, Michelle (CIV) |
| **Subject:** | RE: IRAP-IAAB-Zakzok Consolidation |

Daniel,

The IAAB plaintiffs are not in favor of formally consolidating the cases at this stage in the litigation.  We think that consolidating the cases now would create more procedural complications than it would solve.  The case you propose as the lead case, IRAP, is currently stayed, while IAAB and Zakzok are not stayed and have a briefing schedule to determine whether they should be stayed or whether discovery should proceed.  We do not see how consolidating the cases now will provide any benefit to briefing the stay and discovery motions, and it could disrupt the briefing since IRAP is not part of this briefing.  We reserve judgment on whether formal consolidation will ever be beneficial.  The efficiency benefits that you identify can be achieved without formal consolidation, as we have seen so far in this litigation.  But we are not ruling out the possibility that we would agree in the future that consolidation makes sense.  If we reach a point where all three cases are in the same procedural posture, we are open to revisiting the issue.

Regards,
Mark

---

**From:** Schwei, Daniel S. (CIV) [mailto:Daniel.S.Schwei@usdoj.gov]
**Sent:** Thursday, January 11, 2018 6:36 PM
**To:** rocah@aclu-md.org; jeon@aclu-md.org; cox@nilc.org; steiner@aclu-md.org; kumar@aclu-md.org; cwang@aclu.org; cwofsy@aclu.org; dmach@aclu.org; dcole@aclu.org; dhausman@aclu.org; sung@nilc.org; hweaver@aclu.org; hshami@aclu.org; hhandeyside@aclu.org; tumlin@nilc.org; kmeyer@refugeerights.org; lgelernt@aclu.org; levarts@refugeerights.org; mhirose@refugeerights.org; keaney@nilc.org; espiritu@nilc.org; ojadwat@aclu.org; smehta@aclu.org; samdur@aclu.org; Lynch, Mark <mlynch@cov.com>; sirine@muslimadvocates.org; nellis@au.org; rothschild@au.org; johnathan@muslimadvocates.org; Tilak, Karun <KTilak@cov.com>; Cahoy, Kathryn <kcahoy@cov.com>; katskee@au.org; Kies, Marianne <MKies@cov.com>; Sorrenti, John <JSorrenti@cov.com>; Arvelo, Jose <jarvelo@cov.com>; Mosier, Mark <mmosier@cov.com>; rvantassell@gmail.com; cdavidow@paulweiss.com; sherzog@paulweiss.com; ratkins@paulweiss.com; michael.price@nyu.edu; lvelazquez@paulweiss.com; lmasri@cair.com; jethro19@gmail.com; gabbas@cair.com; patelf@brennan.law.nyu.edu; aehrlich@paulweiss.com
**Cc:** Bennett, Michelle (CIV) <Michelle.Bennett@usdoj.gov>
**Subject:** IRAP-IAAB-Zakzok Consolidation

Dear Counsel:

As discussed during the telephone conference with Judge Chuang last week, I am writing to seek your position on formally consolidating the three cases currently pending in the District of Maryland challenging the Proclamation: *International Refugee Assistance Project (IRAP) v. Trump*, No. 17-cv-361 (D. Md.); *Iranian Alliances Across Borders (IAAB) v. Trump*, No. 17-cv-2921 (D. Md.); and *Zakzok v. Trump*, No. 17-cv-2969 (D. Md.).

In the Government's view, these cases should be formally consolidated in district court, with *IRAP* designated as the lead case, consistent with the Fourth Circuit's consolidation order. All three cases challenge the same policy, and present overlapping legal issues. As a practical matter, the cases have largely been treated as consolidated already, with all parties participating in all proceedings, and the Government filing combined responses. In the event that this case moves forward, however, we think it is important to formally consolidate the cases in an effort to decrease, to the extent possible, the burdens on the Government. That is particularly true with respect to potential discovery, where it would be highly inefficient (if not infeasible) to allow three parties, in three separate actions, to simultaneously pursue discovery against the Government regarding the same challenged policy.

Consistent with Judge Chuang's direction that the parties should meet-and-confer regarding this issue, please let me know each set of plaintiffs' position on whether you agree to formally consolidate the cases with *IRAP* as the lead case. I would appreciate a response by Tuesday, January 16, to allow time for further discussions between the parties if necessary.

Thanks very much,
Daniel

**Daniel Schwei**
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW, Room 7340
Washington, DC 20530
Tel: 202-305-8693
Fax: 202-616-8470