**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| IRANIAN ALLIANCES ACROSS BORDERS, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 8:17-cv-02921-TDC |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| EBLAL ZAKZOK, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:17-cv-02969-TDC |
| DONALD TRUMP, in his official capacity as President of the United States, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**[Proposed] ORDER**

Upon considering Defendants' motion to stay proceedings pending resolution of preliminary-injunction appeals, the supporting memorandum, any response and reply thereto, and the complete record in this matter, the Court hereby:

**GRANTS** Defendants' motion;

**ORDERS** that all further proceedings in district court in both of the above-captioned matters are hereby **STAYED** pending final resolution of the preliminary-injunction appeals in these cases before the United States Court of Appeals for the Fourth Circuit and/or the Supreme

Court; and

**ORDERS** that, within fourteen (14) days of final disposition of the preliminary-injunction appeals in these cases, the parties shall submit a joint status report setting forth their positions on whether any further district court proceedings are necessary, and if so, a proposed schedule for those proceedings.

**SO ORDERED.**

Signed this ___ day of _____, 2018.

_____
Judge Theodore D. Chuang